**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Randy Paul Angelle
Attorney at Law
P. O. Box 3265
Lafayette LA 70502

**REHEARING ACTION: December 5, 2007**

**Docket Number: 07   00251-CA**

**JOSEPH B. LALONDE**
**VERSUS**
**NORMA LANCLOS LALONDE**

**Appealed from St. Martin Parish Case No. 41746**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Oswald A. Decuir**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph B. Lalonde** has this day been

    **DENIED.**

cc: W. Glenn Soileau, Counsel for the Appellant